1  John Bragonje, Bar No. 9519
   John.Bragonje@wbd-us.com
2  WOMBLE BOND DICKINSON (US) LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Tel:    702.949.8200
4  Fax:   702.949.8398

5  *Attorneys for Plaintiff Aquatech Corporation
   d/b/a United Aqua Group*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>LIQUID POOL CONCEPTS, LLC, a Texas Limited Liability Company; and JACOB HAWKINS, an Individual,<br><br>Defendants | Case No. 24-cv-00910-CDS-NJK<br><br>**Order Approving STIPULATION CONCERNING REPLY IN SUPPORT OF PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT**<br><br>[ECF No. 13] |

On December 2, 2024, Plaintiff Aquatech Corporation d/b/a United Aqua Group, filed an application for default judgment. (ECF No. 9.) On December 20, 2024, Defendants Liquid Pool concepts, LLC and Jacob Hawkins filed a response and motion to set aside the clerk's default. (ECF Nos. 10, 11.)

. . .

. . .

. . .

. . .

. . .

. . .

. . .



127112056.1

The parties have conferred and propose that Plaintiff file a reply by no later than January 17, 2025.

So stipulated.

| WOMBLE BOND DICKINSON (US) LLP | KNIGHT & RYAN |
|---|---|
| By: */s/ John Bragonje* | By: */s/ Robert A. Ryan* |
| John Bragonje, Bar No. 9519 | Robert A. Ryan, Bar No. 12084 |
| John.Bragonje@wbd-us.com | robert@knightryan.com |
| 3993 Howard Hughes Parkway, Suite 600 | 8880 W. Sunset Rd., Suite 130 |
| Las Vegas, NV 89169 | Las Vegas, NV 89148 |
| Tel.: 702.949.8200 | Tel.: 702.462-6083 |
| Fax: 702.949.8398 | Fax: 702.462-6084 |
| *Attorneys for Plaintiff Aquatech Corporation d/b/a United Aqua Group* | *Attorneys for Defendants Liquid Pool Concepts, LLC and Jacob Hawkins* |

Based on the parties' stipulation, the deadline for plaintiff Aquatech Corporation to file a reply is extended to January 17, 2025.

Dated: January 16, 2025

_____
United States District Judge

127112056.1                                    - 2 -