1  John Bragonje, Esq.
   Nevada Bar No. 9519
2  John.Bragonje@wbd-us.com
   WOMBLE BOND DICKINSON (US) LLP
3  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169
4  Tel:    702.949.8200
   Fax:    702.949.8398
5
   *Attorneys for Plaintiff Aquatech Corporation*
6  *d/b/a United Aqua Group*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware Corporation, Plaintiff, v. LIQUID POOL CONCEPTS, LLC, a Texas Limited Liability Company; and JACOB HAWKINS, an Individual, Defendants | Case No. 2:24-cv-00910-CDS-NJK **Order Approving STIPULATION CONCERNING REPLY IN SUPPORT OF PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT** |
|---|---|

On December 2, 2024, Plaintiff Aquatech Corporation d/b/a United Aqua Group, filed an application for default judgment. (ECF No. 9.) On December 20, 2024, Defendants Liquid Pool concepts, LLC and Jacob Hawkins filed a response and motion to set aside the clerk's default. (ECF Nos. 10, 11.) The parties previously conferred and proposed that Plaintiff file a reply by no

. . .

. . .

. . .

. . .

. . .

. . .

65285588v1

later than January 17, 2025. To permit additional discussions between the parties, the parties have conferred and propose that Plaintiff file a reply by no later than January 22, 2025.

DATED this 17th day of January, 2025.

| WOMBLE BOND DICKINSON (US) LLP | KNIGHT & RYAN |
|---|---|
| By: */s/ John Bragonje* | By: */s/ Robert A. Ryan* |
| John Bragonje, Bar No. 9519 | Robert A. Ryan, Bar No. 12084 |
| John.Bragonje@wbd-us.com | robert@knightryan.com |
| 3993 Howard Hughes Parkway, Suite 600 | 8880 W. Sunset Rd., Suite 130 |
| Las Vegas, NV 89169 | Las Vegas, NV 89148 |
| Tel.: 702.949.8200 | Tel.: 702.462-6083 |
| Fax: 702.949.8398 | Fax: 702.462-6084 |
| *Attorneys for Plaintiff Aquatech Corporation d/b/a United Aqua Group* | *Attorneys for Defendants Liquid Pool Concepts, LLC and Jacob Hawkins* |

## ORDER

Based on the parties' stipulation, the deadline for plaintiff Aquatech Corporation to file a reply is extended to January 22, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED:   January 21, 2025

65285588v1

- 2 -