1  John Bragonje, Bar No. 9519
   John.Bragonje@wbd-us.com
2  WOMBLE BOND DICKINSON (US) LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Tel:    702.949.8200
4  Fax:    702.949.8398

5  *Attorneys for Plaintiff Aquatech Corporation*
   *d/b/a United Aqua Group*

6

7

8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  AQUATECH CORPORATION, d/b/a          Case No. 2:24-cv-00910-CDS-NJK
    UNITED AQUA GROUP, a Delaware
12  Corporation,                         **Order Approving STIPULATION**
                                         **CONCERNING REPLY IN SUPPORT OF**
13                  Plaintiff            **PLAINTIFF'S REQUEST FOR DEFAULT**
                                         **JUDGMENT**
14  v.
                                         [ECF No. 17]
15  LIQUID POOL CONCEPTS, LLC, a Texas
    Limited Liability Company; and JACOB
16  HAWKINS, an Individual,

17

18                  Defendants

19

20      On December 2, 2024, Plaintiff Aquatech Corporation d/b/a United Aqua Group, filed an

21  application for default judgment.  (ECF No. 9.)  On December 20, 2024, Defendants Liquid Pool

22  concepts, LLC and Jacob Hawkins filed a response and motion to set aside the clerk's default.

23  (ECF Nos. 10, 11.)  The parties previously conferred and proposed that Plaintiff file a reply by no

24  later than January 22, 2025. To permit additional discussions between the parties, the parties have

25  conferred and propose that Plaintiff file a reply by no later than February 7, 2025.

26  . . .

27  . . .

28  . . .

127258765.1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON

So stipulated.

WOMBLE BOND DICKINSON (US) LLP          KNIGHT & RYAN

By: */s/ John Bragonje*                               By: */s/ Robert A. Ryan*
    John Bragonje, Bar No. 9519                        Robert A. Ryan, Bar No. 12084
    John.Bragonje@wbd-us.com                      robert@knightryan.com
    3993 Howard Hughes Parkway, Suite 600      8880 W. Sunset Rd., Suite 130
    Las Vegas, NV 89169                                  Las Vegas, NV 89148
    Tel.: 702.949.8200                                      Tel.: 702.462-6083
    Fax: 702.949.8398                                      Fax: 702.462-6084

*Attorneys for Plaintiff Aquatech Corporation*     *Attorneys for Defendants Liquid Pool Concepts,*
*d/b/a United Aqua Group*                                 *LLC and Jacob Hawkins*

Based on the parties' stipulation, the deadline for plaintiff Aquatech Corporation to file a

reply is extended to February 7, 2025.

Dated: January 23, 2025

United States District Judge

- 2 -

127258765.1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON